JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA HOLLIFIELD, et al,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, et al,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-01192-SPG-KS<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

The Court, having considered the Stipulation for Dismissal filed by Plaintiff MONICA HOLLIFIELD ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") (together "the Parties"), makes the following order: The Court hereby vacates all currently set dates and dismisses this action with prejudice.

**IT IS SO ORDERED**.

Dated: November 8, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-